**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>Defendants. | No. CV 08-1633-PHX-NVW<br>(consolidated)<br><br>**PARTIAL JUDGMENT**<br>**and**<br>**PERMANENT INJUNCTION** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>Defendants. | CV08-1728-PHX-NVW |

The Court has entered previous orders adjudicating all claims in No. CV 08-1728-PHX-NVW and all claims in No. CV 08-1633 PHX-NVW except the named Plaintiffs' claims for damages other than for refund of union dues and fees and except for any claims for attorney fees. The jury has returned a verdict in No. CV 08-1633 PHX-NVW finding

-1-

Defendant US Airline Pilots Association liable to the Plaintiffs and the class they represent of all pilots employed by US Airways, Inc., in September 2008 who were on the America West seniority list on September 20, 2005. The Court expressly finds there is no just reason for delay in entry of this Partial Judgment and Permanent Injunction on all those matters previously adjudicated, and the Court expressly directs its immediate entry.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims in CV08-1728-PHX-NVW are dismissed with prejudice for failure to state a claim upon which relief can be granted. (Doc. # 118.)

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant US Airways, Inc., in No. CV 08-1633 PHX-NVW are dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED in No. CV 08-1633 PHX-NVW that the claims of the Plaintiffs and the class of all pilots employed by US Airways, Inc., in September 2008 who were on the America West seniority list on September 20, 2005, against Defendant US Airline Pilots Association for refund of payments of union dues and fees are dismissed with prejudice for failure to state a claim upon which relief can be granted. (Doc. # 287.)

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED in No. CV 08-1633 PHX-NVW in favor of the Plaintiffs and the class of all pilots employed by US Airways, Inc., in September 2008 who were on the America West seniority list on September 20, 2005, that Defendant US Airline Pilots Association and its officers, committees, representatives, agents, and all persons in active concert and participation with them are permanently enjoined and ordered to:

    A.    Immediately, and in good faith, make all reasonable efforts to negotiate and implement a single collective bargaining agreement with US Airways that will implement the Nicolau Award seniority proposal unmodified, according to its terms;

    B.    Make all reasonable efforts to support and defend the seniority rights provided by or arising from the Nicolau Award in negotiations with US Airways; and

C. Not negotiate for separate collective bargaining agreements for the separate pilot groups, but rather negotiate for a single collective bargaining agreement for both pilot groups that incorporates the Nicolau Award. This injunction does not restrain USAPA from pursuing its rights under Section 6 of the Railway Labor Act, consistent with the previous sentence.

The Court retains jurisdiction to enforce, modify, or dissolve the permanent injunction portion of this order. The Court retains jurisdiction to adjudicate the named Plaintiffs' unadjudicated claims for damages and any claims for attorney fees.

DATED this 17th day of July 2009.

_____
Neil V. Wake
United States District Judge